**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6263**

───────────────

THOMAS D. CROOKS, JR.,

                                    Petitioner - Appellant,

    versus

MICHAEL MOORE, Director of SCDC; WILLIAM R.
DAVIS, Warden of Lee Correctional Institution;
CHARLES M. CONDON, Attorney General for the
State of South Carolina,

                                  Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Joseph F. Anderson, Jr., District
Judge. (CA-97-2198-2-17AJ)

───────────────

Submitted: May 14, 1998              Decided: June 2, 1998

───────────────

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Thomas D. Crooks, Jr., Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) and denying his motions for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Crooks v. Moore, No. CA-97-2198-2-17AJ (D.S.C. Dec. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2